IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

FILED
JUN 13 2024
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.

CHRISTINA L. RICHARDSON

Case No. 2:24mj107
Court Date: June 26, 2024

CRIMINAL INFORMATION

COUNT ONE
(Misdemeanor)-Violation No. E2102527

THE UNITED STATES ATTORNEY CHARGES:

That on or about May 7, 2024, at Naval Station Norfolk, Virginia, in the Eastern District of Virginia, the defendant, CHRISTINA L. RICHARDSON, did willfully and knowingly steal and purloin property of the United States of a value less than $1,000.00.

(In violation of Title 18, United States Code, Section 641.)

COUNT TWO
(Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES:

That on or about May 7, 2024, at Naval Station Norfolk, Virginia, in the Eastern District of Virginia, the defendant, CHRSITINA L. RICHARDSON, did unlawfully enter upon a naval installation for a purpose prohibited by law or lawful regulation.

(In violation of Title 18, United States Code, Section 1382.)

                    Respectfully submitted,

                    Jessica D. Aber
                    United States Attorney

By: _____
     Alan M. Sides
     Special Assistant U.S. Attorney
     Office of the U.S. Attorney
     101 West Main Street, Suite 8000
     Norfolk, VA  23510
     Ph: (757) 441-6712
     Fax:(757) 441-3205
     Alan.Sides@usdoj.gov

## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

_____
Alan M. Sides
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax:(757) 441-3205
Alan.Sides@usdoj.gov

_____13 Jun 2024_____
Date